

FILED

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0310

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0310

JULIO JAY RAMIREZ,

Petitioner,

v.

LT. JASON VALDEZ,

Respondent.

FILED

AUG 1 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Julio Jay Ramirez has filed a Motion for Reconsideration of this Court's June 28, 2022 Order denying his petition for habeas corpus relief for failing to have legal representation. This Court deems his Motion a petition for rehearing, pursuant to M. R. App. P. 20(1).

This Court "will consider a petition for rehearing presented only upon . . . [t]hat it overlooked some fact material to the decision[,] . . . or [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i) and (iii). "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

Ramirez's sole contention is that he "was not appointed counsel in DC 21-1290 and DC 21-1325 within 3 days as statutorily requires per MCA 46-8-101." He claims that he was denied counsel "for 39 days after that right attached." However, Ramirez's argument and statutory interpretation are incorrect. No language exists in § 46-8-101, MCA, for a three-day time frame to appoint counsel. The statutory language provides "the court shall order the office of state public defender . . . to assign counsel to represent defendant without unnecessary delay . . . ." Section 46-8-101(2), MCA. We stated in our prior order that "Ramirez was not without counsel's representation during his arraignments and the time in question. Sections 46-8-101(1), and 47-1-104(4), MCA." Ramirez appeared with

counsel initially, and the District Court filed its order appointing counsel without unnecessary delay. The Notices of Appearance, as well as the Notice of Reassignment that he refers to now, were all filed in his three cases, respectively, on December 6, 2021. As mentioned previously, his claim does not pertain to the cause of his incarceration, and Ramirez retains the remedy of an appeal after the conclusion of his proceedings. Accordingly,

IT IS ORDERED that Ramirez's Motion for Reconsideration, deemed a Petition for Rehearing, is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Jessica T. Fehr, District Court Judge; Terry Halpin, Clerk of Court, Yellowstone County, under Cause Nos. DC 21-1290 and DC 21-1325; Hallie E. Bishop, Deputy County Attorney; David Garfield, Defense Counsel; counsel of record; Lt. Valdez, Jail Commander, and Julio Jay Ramirez personally.

DATED this 16 day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2